```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   HERIBERTO SUAREZ-AGUILAR
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     ) Case No. 10-184 EJG
                                 )
11              Plaintiff,       ) STIPULATION AND ORDER
                                 )
12      v.                       ) Date: June 25, 2010
                                 ) Time: 10:00 a.m.
13 HERIBERTO SUAREZ-AGUILAR,     ) Judge: Hon. Edward J. Garcia
                                 )
14              Defendant.       )
   _____)
15
```

16      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United
17 States of America, and defendant, Heriberto Suarez-Aguilar, through
18 counsel, Michael Petrik, Jr., that the Court should vacate the status
19 conference scheduled for June 25, 2010, at 10:00 a.m., and reset it for
20 August 6, 2010, at 10:00 a.m.

21      Counsel for Mr. Suarez requires further time to review the Pre-
22 Plea Advisory Guideline Presentence Investigation Report with Mr.
23 Suarez.

24      It is further stipulated by the parties that the Court should
25 exclude the period of time from the date of this order through August
26 6, 2010, when it computes the time within which the trial of the above
27 criminal prosecution must commence for purposes of the Speedy Trial

28 Stipulation and Order            1                    10-184 EJG

Act.  The parties stipulate that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 24, 2010                Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorneys for Mr. Suarez


Dated: June 23, 2010                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for Michael D. Anderson
                                    _____
                                    MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on August 6, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED June 24, 2010                 /s/ Edward J. Garcia
                                    _____
                                    U. S. DISTRICT JUDGE

Stipulation and Order            2                    10-184 EJG