```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. 10-184 EJG
                                )
11              Plaintiff,      ) APPLICATION AND ORDER TO CONTINUE
                                ) SENTENCING TO FEBRUARY 25, 2011,
12      v.                      ) AT 10:00 A.M.
                                )
13 HERIBERTO SUAREZ-AGUILAR,    ) Date:  December 10, 2010
                                ) Time:  10:00 a.m.
14              Defendant.      ) Judge: Hon. Edward J. Garcia
                                )
15 _____)
```

16

17    This matter is before the Court on December 10, 2010, at 10:00

18 a.m., for sentencing.  Counsel for the defense requires a continuance

19 to February 25, 2011, at 10:00 a.m., to assist in the preparation of

20 the Presentence Report and to prepare for sentencing.  Assistant United

21 States Attorney Michele Beckwith, and United States Probation Officer

22 Casey Horner, have no objection to the defense request to continue the

23 sentencing to February 25, 2011, at 10:00 a.m.

24    Counsel for the defense also requests that the Court modify the

25 disclosure schedule for the Presentence Report as follows:

26 / / /

27 / / /

28

[PROPOSED] ORDER                   1                         10-184 EJG

```
 1  Reply Or Statement Of Non-Opposition:  . . . . . . February 18, 2011;
 2
 3  Motion For Correction Of The Presentence Report
    Filed With The Court And Served On The Probation
 4  Officer And Opposing Counsel No Later Than:   . . . February 11, 2011;
 5
 6  The Presentence Report Filed With The Court And
    Disclosed To Counsel No Later Than:   . . . . . . . January 28, 2011;
 7
 8  Counsel's Written Objections To The Presentence
    Report Delivered To The Probation Officer
 9  And Opposing Counsel No Later Than:   . . . . . . . January 21, 2011;
10
11  The Proposed Presentence Report due:  . . . . . . . January 7, 2011.
12
13       Good cause appearing therefor,
14       **IT IS ORDERED** that this matter be continued from December 10,
15  2010, at 10:00 a.m., to February 25, 2011, at 10:00 a.m.; and,
16       **IT IS ORDERED** that the parties adhere to the modifications to the
17  disclosure schedule for the Presentence Report set forth above.
18  December 6, 2010
19                            /s/ Edward J. Garcia
20                            U. S. DISTRICT JUDGE
```