1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  No. 10-184 EJG
                                  )
11              Plaintiff,        )  APPLICATION AND ORDER TO CONTINUE
                                  )  SENTENCING TO MARCH 18, 2011, AT
12      v.                        )  10:00 A.M.
                                  )
13 HERIBERTO SUAREZ-AGUILAR,      )  Date:  February 25, 2011
                                  )  Time:  10:00 a.m.
14              Defendant.        )  Judge: Hon. Edward J. Garcia
                                  )
15 _____)

16

17      This matter is before the Court on February 25, 2011, at 10:00
18 a.m., for sentencing.  Counsel for the defense requires a continuance
19 to March 18, 2011, at 10:00 a.m., to prepare for sentencing, and to
20 finalize a sentencing memorandum for Mr. Suarez-Aguilar.  Assistant
21 United States Attorney Michele Beckwith, and United States Probation
22 Officer Casey Horner, have no objection to the defense request to
23 continue the sentencing to March 18, 2011, at 10:00 a.m.
24 / / /
25 / / /
26 / / /
27 / / /
28
   [PROPOSED] ORDER                    1                       10-184 EJG

Good cause appearing therefor,

**IT IS ORDERED** that this matter be continued from February 25, 2011, at 10:00 a.m., to March 18, 2011, at 10:00 a.m.

Dated: February 22, 2011       /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge